# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURY ADAMOV, individually, and on behalf of himself and all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 013-CV-01222-LKK-AC<br><br>**ORDER GRANTING DEFENDANT PRICEWATERHOUSECOOPERS LLP'S *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Date:     N/A<br>Time:     N/A<br>Courtroom: 4<br>Judge:    Hon. Lawrence K. Karlton |

## **ORDER**

The Court, having considered Defendant PricewaterhouseCoopers LLP's *Ex Parte* Application to Continue the Scheduling Conference, the pleadings and papers lodged and on file in this action, and good cause appearing, hereby ORDERS that the scheduling conference currently scheduled for September 23, 2013 be continued to November 12, 2013 at 11:30 a.m.

**IT IS SO ORDERED.**

DATED: September 17, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT