UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI ADAMOV, individually, and on behalf of himself and all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>      Plaintiffs,<br><br>  v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive,<br><br>      Defendants. | No.  CIV. S-13-1222 LKK/AC<br><br>**ORDER** |

    A status conference was held on November 12, 2013.  After hearing, the court orders as follows:

    A further status conference is set for January 27, 2014 at 3:30 p.m.  The parties shall file updated status reports fourteen (14) days preceding the status conference.

    IT IS SO ORDERED.

    DATED:  November 12, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1