UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURY ADAMOV, individually, and on behalf of himself and all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>        Plaintiffs,<br><br>  v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive,<br><br>        Defendants. | No.  CIV. S-13-1222 LKK/AC<br><br>**ORDER** |

Pursuant to the agreement of the parties reached during a Status (Pretrial Scheduling) Conference held in chambers on February 3, 2014, this matter is **STAYED** until after the trial is completed in Campbell v. PricewaterhouseCoopers LLP, 2:06-cv-2376 (E.D. Cal.).

IT IS SO ORDERED.

DATED: February 4, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2