AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA

YURY ADAMOV
Plaintiff (s),
V.
PRICEWATERHOUSECOOPERS LLP
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:13-cv-1222-TJN

Notice is hereby given that, subject to approval by the court, YURY ADAMOV (Party (s) Name) substitutes William A. Kershaw of Kershaw, Cook & Talley PC (Name of New Attorney), State Bar No. 057486 as counsel of record in place of William A. Kershaw of Kershaw, Cutter & Ratinoff LLP (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: KERSHAW, COOK & TALLEY PC
Address: 401 Watt Avenue, Sacramento, California 95864
Telephone: (916) 779-7000 Facsimile (916) 721-2501
E-Mail (Optional): bill@kctlegal.com

I consent to the above substitution.
Date: 01/22/2016 [signature] (Signature of Party (s))

I consent to being substituted.
Date: 2/1/16 /s/William A. Kershaw (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/1/16 /s/William A. Kershaw (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 18, 2016 [signature] Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**