1 **KERSHAW, COOK & TALLEY PC**
William A. Kershaw, State Bar No. 057486
2 Lyle W. Cook, State Bar No. 148914
Stuart C. Talley, State Bar No. 180374
3 401 Watt Avenue
Sacramento, California 95864
4 Telephone: (916) 779-7000
5 Facsimile: (916) 721-2501

6 *Counsel for Plaintiff and the putative Class*

7

8 [Additional Counsel Listed on Signature Page]

9

10 UNITED STATES DISTRICT COURT

11 EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13 YURY ADAMOV, individually, and on behalf of himself and all other similarly situated current and former employees of PricewaterhouseCoopers LLP,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP, a Limited Liability Partnership, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 13-CV-01222-TLN-AC<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br><br>Complaint Filed: June 19, 2013<br>Assigned to: Honorable Troy L. Nunley |

1  Plaintiff Yury Adamov ("Plaintiff") and Defendant PricewaterhouseCoopers LLP ("Defendant") hereby stipulate to the following:

WHEREAS, Plaintiff's proposed Second Amended Complaint ("SAC"), a copy of which is attached hereto as Exhibit A, (1) narrows the causes of action and allegations in this matter by eliminating claims for violations of California Labor Code §§ 226, 1174, 512, and 226.7; and (2) makes revisions to the proposed class period and class definition; and

WHEREAS, pursuant to the Court's February 6, 2017 Pretrial Scheduling Order (Dkt. No. 51), the parties have met and conferred regarding the Plaintiff's SAC; and

WHEREAS, the parties agree that good cause exists for Plaintiff to file the proposed SAC;

THEREFORE, the parties, by and through their counsel, hereby stipulate and agree as follows:

1. Plaintiff may file his Second Amended Complaint **within 10 days of the filing of this Order and**

2. Defendant shall file its Answer within 10 calendar days of the filing date of the Second Amended Complaint.

Respectfully,

Dated: February 15, 2017.   **KERSHAW, COOK & TALLEY PC**

*/s/ William A. Kershaw*
William A. Kershaw
Lyle W. Cook
Stuart C. Talley
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501

**KRAMON & GRAHAM, P.A.**
James P. Ulwick
Jean E. Lewis
One South Street, Suite 2600
Baltimore, MD 21202
Telephone: (410) 752-6030

Facsimile: (410) 539-1269

*Counsel for Plaintiff and the putative Class*

Dated: February 15, 2017.

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Daniel J. Thomasch* (as authorized on February 15, 2017)
Daniel J. Thomasch
Lauren J. Elliot
200 Park Avenue
New York, NY  10166
Telephone: (212) 351-3800
Facsimile:  (212) 351-6200

**ORRICK HERRINGTON & SUTCLIFFE LLP**
Norman C. Hile
Julie A. Totten
400 Capitol Mall, Suite 3000
Sacramento, CA  95814
Telephone: (916) 329-4924
Facsimile:  (916) 329-4900

*Counsel for Defendant*

## **ORDER**

IT IS SO ORDERED.

Dated: February 16, 2017

_____
Troy L. Nunley
United States District Judge