DANIEL J. THOMASCH
(*Pro Hac Vice*)
dthomasch@gibsondunn.com
LAUREN J. ELLIOT
lelliot@gibsondunn.com
(*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

NORMAN C. HILE, SBN 57299
nhile@orrick.com
JULIE A. TOTTEN, SBN 166470
jatotten@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: 916.447.9200
Facsimile: 916.329.4900

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

YURY ADAMOV, individually, and on behalf of himself and all other similarly situated current and former employees of PricewaterhouseCoopers LLP,

Plaintiff,

v.

PRICEWATERHOUSECOOPERS LLP, a Limited Liability Partnership, and DOES 1-100, inclusive,

Defendants.

CASE NO.: 13-CV-01222-TLN-AC

**DEFENDANT PRICEWATERHOUSECOOPERS LLP'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

Date: September 7, 2017
Time: 2 p.m.
Dept.: 4
Judge: Hon. Troy L. Nunley

TO PLAINTIFF YURY ADAMOV AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 7, 2017, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Troy L. Nunley, Courtroom 2, United States District Court, 501 I Street, Sacramento, California, Defendant PricewaterhouseCoopers LLP ("PwC") will, and hereby does, move the Court pursuant to Federal Rule of Civil Procedure 56 for an Order granting PwC's Motion for Summary Judgment against Plaintiff Yury Adamov.

PwC's motion is made on the grounds that Plaintiff has suffered no injury and thus has no Article III standing to maintain this case individually or on behalf of the putative class; Mr. Adamov worked no overtime hours for which PwC would have been required to pay him even if he had not (properly) been classified as exempt from California's overtime laws. Accordingly, Mr. Adamov has no viable claims against PwC under the California Labor Code or the California Business and Professions Code section 17200, *et. seq*, and he lacks standing to assert claims individually or on behalf of the proposed class under those statutes. The motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Lauren J. Elliot, dated July 31, 2017, and all exhibits attached thereto, including the Declaration of Bethany Baganz, the papers on file in this action, any matter of which the Court may or must take judicial notice, any oral argument given at the hearing on the motion, and any other matter which the Court deems appropriate.

DATED: July 31, 2017

Respectfully submitted,

DANIEL J. THOMASCH (*Pro Hac Vice*)
LAUREN J. ELLIOT (*Pro Hac Vice*)
Gibson, Dunn & Crutcher LLP

NORMAN C. HILE
JULIE A. TOTTEN
Orrick, Herrington & Sutcliffe LLP

By: */s/ Daniel J. Thomasch*
Daniel J. Thomasch

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP