UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURY ADAMOV, <br><br> Plaintiff, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS, LLP, <br><br> Defendant. | No. 2:13-cv-01222-TLN-AC <br><br><br> **ORDER** |

This case involves a labor dispute over alleged wage and hour violations for a proposed class of individuals. Plaintiff Yury Adamov ("Plaintiff") filed a letter with the Court drawing its attention to three matters: a request for a status conference; Defendant PricewaterhouseCoopers's ("Defendant") alleged failure to comply with discovery requests; and Defendant's desire to file a motion for summary judgement prior to the close of the class phase of the litigation. (ECF No. 56.)

The parties are reminded that any dispute regarding discovery is properly before Magistrate Judge Allison Claire and this Court will not entertain any requests or motions on discovery issues. *See* Local Rule 302 (c)(1). Furthermore, the Court will not prevent a party from filing a motion. The Court's Scheduling Order (ECF No. 51) does not preclude parties from filing motions at any time. The Order simply sets deadlines for filings, but does not preclude filings prior to deadlines.

1

Plaintiff has not presented the Court with any valid reason to hold a status conference at this time. Accordingly, Plaintiff's request is hereby DENIED.

IT IS SO ORDERED.

Dated: August 7, 2017

Troy L. Nunley
United States District Judge