**KERSHAW, COOK & TALLEY PC**
William A. Kershaw, State Bar No. 057486
Lyle W. Cook, State Bar No. 148914
Stuart C. Talley, State Bar No. 180374
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501

*Counsel for Plaintiff*


**GIBSON, DUNN & CRUTCHER LLP**
Daniel J. Thomasch (Admitted *Pro Hac Vice*)
dthomasch@gibsondunn.com
Lauren J. Elliot (Admitted *Pro Hac Vice*)
lelliot@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:  (212) 351-3800
Facsimile:  (212) 351-6200

*Counsel for PricewaterhouseCoopers LLP*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURY ADAMOV, individually, and on behalf of himself and all other similarly situated current and former employees of PricewaterhouseCoopers LLP,<br><br>Plaintiffs<br><br>v.<br><br><br>PRICEWATERHOUSECOOPERS LLP, a Limited Liability Partnership; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 2:13-cv-01222-TLN-AC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND CLASS CERTIFICATION DEADLINES** |

Pursuant to Eastern District of California Civil Local Rule 143, Plaintiff Yury Adamov and Defendant PricewaterhouseCoopers LLP, by their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 6, 2017, the Court issued a Pretrial Scheduling Order (Dkt. No. 51), setting the following deadlines:

- Class certification discovery cut off:  September 14, 2017
- Designation of class-related expert witnesses and filing of Federal Rule of Civil Procedure 26(a)(2)(B) written report(s):  November 9, 2017
- Deadline for filing class certification motion:  December 14, 2017

WHEREAS, on July 31, 2017, Defendant filed a Motion for Summary Judgment against Plaintiff Yury Adamov;

WHEREAS, Defendant's summary judgment motion is fully briefed and awaiting disposition by the Court;

WHEREAS, the parties have not yet completed class certification discovery, in part due to the pending potentially dispositive motion;

WHEREAS, the parties have not previously sought permission from the Court to extend the deadlines related to the February 6, 2017 Pretrial Scheduling Order;

WHEREAS, the parties desire and agree that good cause exists to extend the scheduled deadlines to allow additional time for class certification discovery and motion practice and Plaintiff's class certification motion;

NOW THEREFORE, the parties stipulate that the Court may enter an Order as follows:

1. Phase I class certification discovery shall be completed by December 7, 2017.

2. All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at class certification not later than February 2, 2018.  The designation shall be accompanied by a written report prepared and signed by the witness, which shall comply with the Federal Rules of Civil Procedure 26(a)(2)(B).  Within twenty (20) days after the designation of expert witnesses, any

party may designate a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party.

3. Plaintiff's Motion for Class Certification shall be filed by March 9, 2018.

4. The Court's February 6, 2017 Pretrial Scheduling Order shall otherwise remain in effect.

Dated: September 29, 2017

Respectfully Submitted,

*/s/* William A. Kershaw
**KERSHAW, COOK & TALLEY PC**
William A. Kershaw
Lyle W. Cook
Stuart C. Talley
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501

*Counsel for Plaintiff*

*/s/* Julie A. Totten
**GIBSON, DUNN & CRUTCHER LLP**
Daniel J. Thomasch
Lauren J. Elliot
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-3800
Facsimile: (212) 351-6200

**ORRICK HERRINGTON
 & SUTCLIFFE LLP**
Norman C. Hile
Julie A. Totten
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 329-4924
Facsimile: (916) 329-4900

*Counsel for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated: October 3, 2017

_____
Troy L. Nunley
United States District Judge

- 3 -  STIPULATION AND ORDER TO EXTEND DEADLINES
CASE NO. 2:13-CV-01222-TLN-AC