| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | William A. Kershaw, State Bar No. 057486<br>Lyle W. Cook, State Bar No. 148914<br>Stuart C. Talley, State Bar No. 180374<br>KERSHAW, COOK & TALLEY PC<br>401 Watt Avenue<br>Sacramento, California 95864<br>Telephone: (916) 779-7000<br>Facsimile: (916) 721-2501 |

Attorneys for *Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURY ADAMOV, individually, and on behalf of himself and all other similarly situated current and former employees of PricewaterhouseCoopers LLP,<br><br>Plaintiff,<br><br>vs.<br><br>PRICEWATERHOUSECOOPERS LLP, a Limited Liability Partnership; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01222-TLN-AC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION REGARDING DISCOVERY DISAGREEMENT**<br><br><br><br>Date: October 25, 2017<br>*New Date:* November 8, 2017<br>Time: 10:00 a.m.<br>Dept: Courtroom 26, 8th Floor<br>The Honorable Allison Claire |

STIP AND ORDER CONTINUING HEARING ON MOTION RE DISCOVERY DISAGREEMENT

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff Yury Adamov ("Plaintiff") and Defendant PricewaterhouseCoopers LLP |
| 3 | ("Defendant") hereby stipulate that the hearing on Plaintiff's motion to compel Defendant to |
| 4 | produce documents responsive to Plaintiff's Requests for Production of Documents, Set One, |
| 5 | presently set for Wednesday, October 25, 2017, shall be continued to Wednesday, November 8, |
| 6 | 2017, at 10:00 a.m. |

Respectfully,

Dated: October 16, 2017.          **KERSHAW, COOK & TALLEY PC**

*/s/ William A. Kershaw*
William A. Kershaw
Lyle W. Cook
Stuart C. Talley
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501

*Counsel for Plaintiff and the putative Class*

Dated: October 16, 2017.          **GIBSON, DUNN & CRUTCHER LLP**

*/s/ Lauren J. Elliot*
Daniel J. Thomasch
Lauren J. Elliot
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-3800
Facsimile: (212) 351-6200

**ORRICK HERRINGTON
& SUTCLIFFE LLP**
Norman C. Hile
Julie A. Totten
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 329-4924
Facsimile: (916) 329-4900

*Counsel for Defendant*

-1-

STIP AND ORDER CONTINUING HEARING ON MOTION RE DISCOVERY DISAGREEMENT

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: October 17, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-2-
STIP AND ORDER CONTINUING HEARING ON MOTION RE DISCOVERY DISAGREEMENT