UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURY ADAMOV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>　　　　　Defendant. | No. 2:13-cv-01222 TLN AC<br><br><br>ORDER |

This matter is before the court on Plaitniff's motion for discovery, ECF No. 64, pursuant to Local Rule 302(c)(1). The court is in receipt of the parties' stipulation to continue the hearing on the motion to December 6, 2017. ECF No. 71. The court notes that the deadline to complete the first phase of discovery in this bifurcated discovery case is December 7, 2017. ECF No. 65 at 2. In the scheduling order issued by District Judge Nunley, "completed" for the purposes of discovery is defined as the point at wich "all disocvery shall have been conducted so that all depositions have been taken and any disputes reletative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed." ECF No. 51 at 2. The parties' requested hearing date makes it impossible for the parties or the undersigned to comply with the currently scheduled discovery deadline.

Thus, the undersigned will VACATE the hearing on plaintiff's motion for discovery at ECF No. 64 without prejudice. The motion may be renoticed by the plaintiff if the parties obtain

an amended scheduling order from Judge Nunley.

Good cause appearing, IT IS HEREBY ORDERED that the motion hearing date of November 22, 2017, at 10:00 a.m. on ECF No. 64 is VACATED.

DATED: November 21, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE