UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURY ADAMOV, individually and on behalf of himself and all other similarly situated current and former employees of PricewaterhouseCoopers LLP,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP, a Limited Liability Partnership,<br><br>Defendant. | No. 2:13-cv-01222-TLN-AC<br><br>**ORDER** |

The parties filed a joint stipulation to extend deadlines. (ECF No. 81.) In light of the stipulation and the Court's calendar, the Court hereby ORDERS the following extensions:

1. Any Request for Reconsideration shall be filed on or before January 19, 2018.
2. The opposition to any Request for Reconsideration shall be filed on or before February 2, 2018, at which time the matter will stand submitted.
3. The deadline for class certification discovery is extended to March 5, 2018.
4. The deadline for class-related expert witness designation is extended to March 19, 2018.
5. The deadline to file a motion for class certification is extended to April 23, 2018.

///

1

In the event Defendant does not file a request for reconsideration, all discovery dates shall remain as ordered above.

IT IS SO ORDERED.

Dated: January 4, 2018

Troy L. Nunley
United States District Judge