**GIBSON, DUNN & CRUTCHER LLP**
Daniel J. Thomasch (Admitted *Pro Hac Vice*)
dthomasch@gibsondunn.com
Lauren J. Elliot (Admitted *Pro Hac Vice*)
lelliot@gibsondunn.com
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-3800
Facsimile: (212) 351-6200

*Counsel for PricewaterhouseCoopers LLP*

**KERSHAW, COOK & TALLEY PC**
William A. Kershaw (State Bar No. 057486)
Lyle W. Cook (State Bar No. 148914)
Stuart C. Talley (State Bar No. 180374)
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501

*Counsel for Plaintiff*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURY ADAMOV, individually, and on behalf of himself and all other similarly situated current and former employees of PricewaterhouseCoopers LLP,<br><br>Plaintiff<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP, a Limited Liability Partnership; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 2:13-cv-01222-TLN-AC<br><br>**STIPULATION AND ORDER TO EXTEND CLASS DISCOVERY AND CLASS CERTIFICATION DEADLINES** |

Pursuant to Eastern District of California Civil Local Rule ("Local Rule") 143, Defendant PricewaterhouseCoopers LLP ("PwC") and Plaintiff Yury Adamov ("Plaintiff"), by their undersigned counsel, hereby stipulate and jointly request the Court to extend the class discovery and class certification deadlines in light of the following circumstances:

WHEREAS, on July 31, 2017, PwC filed a Motion for Summary Judgment against Plaintiff, which is fully briefed and pending before the Court (Dkt. Nos. 58, 60 and 61);

WHEREAS, Magistrate Judge Claire issued an Order on December 22, 2017, granting Plaintiff's discovery motion as to RFP Nos. 1, 3-9, 17, 32 and 37 and denying the motion as to RFP Nos. 27, 36, 50-51, 55, 57, 58, 62 and 74 (Dkt. No. 80);

WHEREAS, on January 19, 2018, PwC filed its Request for Reconsideration of Magistrate Judge Claire's Discovery Order as to RFP Nos. 3-9 and 17 (Dkt. Nos. 87 and 88), which is fully briefed and pending before the Court;

WHEREAS, the Court's rulings on the pending motions will impact the scope of the parties' further class discovery efforts, the contours of Plaintiff's motion for class certification, as well as Plaintiff's underlying claims and PwC's defenses;

WHEREAS, Mr. Kershaw (lead counsel for Plaintiff and the putative class in this case) and other members of his firm will be commencing a five-week jury trial in another matter in San Francisco County Superior Court on June 11, 2018;

WHEREAS, the parties have met and conferred and agree that based on the pending motions as well as Mr. Kershaw's upcoming trial, significant economies will be achieved and resources will be conserved for the Court and the parties by extending the class discovery, class-related expert designation, and class certification motion deadlines until after the Court decides PwC's Motion for Summary Judgment;

WHEREAS, the parties previously sought permission from the Court to extend discovery and class certification deadlines (Dkt. Nos. 63, 73 and 89) as well as for the deadline on PwC's Request for Reconsideration (Dkt. No. 81). The previously requested extensions were granted (Dkt. Nos. 65, 74, 82 and 90); and

NOW THEREFORE, the parties stipulate and agree that there is good cause for the Court to enter an Order as follows:

1. The deadline for class certification discovery is extended until 90 days after the Court's decision on the later-decided of PwC's Motion for Summary Judgment and PwC's Motion for Reconsideration;

2. The deadline for class-related expert witness designation is extended until 14 days after the class certification discovery cutoff; and

3. The deadline to file a motion for class certification is extended to 28 days after the deadline for class-related expert witness designation.

Dated: May 3, 2018

Respectfully Submitted,

 /s/ William A. Kershaw
**KERSHAW, COOK & TALLEY PC**
William A. Kershaw
Lyle W. Cook
Stuart C. Talley
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501

*Counsel for Plaintiff*

 /s/ Julie A. Totten
**GIBSON, DUNN & CRUTCHER LLP**
Daniel J. Thomasch
Lauren J. Elliot
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-3800
Facsimile: (212) 351-6200

**ORRICK HERRINGTON
 & SUTCLIFFE LLP**
Norman C. Hile
Julie A. Totten
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 329-4924
Facsimile: (916) 329-4900

*Counsel for Defendant*

### ORDER

**IT IS SO ORDERED.**

Dated: May 7, 2018

_____
Troy L. Nunley
United States District Judge