# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**YURY ADAMOV,**

CASE NO: **2:13−CV−01222−TLN−AC**

v.

**PRICEWATERHOUSECOOPERS LLP,**

---

XX −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/6/2018**

**Marianne Matherly**
Clerk of Court

ENTERED: **December 6, 2018**

by: /s/ K. Zignago
Deputy Clerk